CHIVILIS *v.* WEST, solicitor-general, *et al.*

BECK, Presiding Justice. This was a petition to enjoin the solicitor-general and the marshal of the City of Athens from enforcing a criminal warrant against the plaintiff. The court upon the hearing refused an injunction. *Held,* that this court will not interfere with the enforcement of the criminal law. The fact that one arrest has been made and others threatened does not take this case out of the general rule.

*Judgment affirmed. All the Justices concur.*

RUSSELL, Chief Justice, while concurring in the judgment of affirmance, does not agree that the fact that one arrest has been made and others threatened does not take this case out of the general rule that ordinarily equity will not interfere with the enforcement of criminal law.

No. 11011. APRIL 20, 1936.

380

*Lamar C. Rucker, Rupert A. Brown,* and *Howell Cobb,* for plaintiff.

*Henry H. West, solicitor-general,* for defendants.